The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-169RAJ |
| Plaintiff, | ORDER |
| v. | |
| BAOKE ZHANG, | |
| Defendant. | |

THE COURT has considered the joint motion to proceed with arraignment and guilty plea hearing by video or telephonic hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the parties' motion and that a video or telephonic arraignment and guilty plea hearing may take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20, for the reasons set forth in the parties' joint motion. Accordingly,

THE COURT ORDERS that the parties may proceed with an arraignment and plea hearing by telephone and/or video conference, consistent with current procedures

ORDER - 1
*U.S. v. Baoke Zhang*, CR 20-169RAJ

1  established by this Court, and directs the parties to consult with one another and the
2  criminal-duty magistrate judge to schedule such a hearing at a mutually acceptable date
3  and time.

5       DATED this 19th day of October, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2
*U.S. v. Baoke Zhang*, CR 20-169RAJ