HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BAOKE ZHANG,<br><br>Defendant. | NO. CR 20-169 RAJ<br><br>ORDER PERMITTING THE DEPOSIT OF FUNDS INTO THE REGISTRY OF THE COURT (LCR 67(a)) |

THIS MATTER, having come before the court on Defendant Baoke Zhang's motion for an order permitting the deposit of $6,500 into the Registry of the Court in accordance with LCR 67(a), and having considered the record and no opposition from the government, the court finds as follows:

On March 25, 2021, Mr. Zhang deposited $6,500 into the court's Registry without an order permitting the deposit. Normally, the Registry would refuse to accept the check without an order that accompanies the deposit. However, in this case the clerk's office will maintain the funds through Friday April 16, 2021, and will return the funds if no order is presented by that date.

To track the deposited funds with the instant case, the court ORDERS that the Registry of the Court shall permit the deposit in accordance with LCR 67(a). The Registry of the Court shall deposit the $6,500 into an interest-bearing account in accordance with the guidelines set up by the Administrative Office of the Court and tracked with the instant case. Furthermore, the Registry of the Court shall provide a

ORDER AUTHORIZING DEPOSIT OF FUNDS
(*Baoke Zhang*; CR 20-169 RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

receipt of the deposited funds, upon request, to the defendant.  Finally, the clerk shall deduct from the income earned on the investment a fee as prescribed by the Judicial Conference of the United States and set by the Director of the Administrative Office of the Court.

DATED this 13th day of April, 2021.

*signature*

The Honorable Richard A. Jones
United States District Judge

ORDER AUTHORIZING DEPOSIT OF FUNDS
(*Baoke Zhang*; CR 20-169 RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100