HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BAOKE ZHANG,<br><br>Defendant. | NO. CR 20-169 RAJ<br><br>AMENDED ORDER PERMITTING THE DEPOSIT OF FUNDS INTO THE REGISTRY OF THE COURT (LCR 67(a)) |

THIS MATTER, having come before the court on Defendant Baoke Zhang's motion for an order permitting the deposit of $6,500 into the Registry of the Court in accordance with LCR 67(a), and having considered the record and no opposition from the government, the court finds as follows:

On March 25, 2021, Mr. Zhang dropped into the court clerk's drop box a check in the amount of $6,500 without an order permitting the deposit. Without an order authorizing the deposit, the Registry will refuse to accept the check. In this case, the cashier receipted the money into an "overpayment" line to be returned if no order authorizing the deposit is entered by Friday April 16, 2020.

To track the funds with the instant case, the court ORDERS that the Registry of the Court shall permit the deposit in accordance with LCR 67(a). The Registry of the Court shall deposit the $6,500 into an interest-bearing account in accordance with the guidelines set up by the Administrative Office of the Court and tracked with the instant case. Furthermore, the Registry of the Court shall provide a receipt of the deposited

AMENDED ORDER AUTHORIZING
DEPOSIT OF FUNDS
(*Baoke Zhang*; CR 20-169 RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

funds, upon request, to the defendant.  Finally, the clerk shall deduct from the income earned on the investment a fee as prescribed by the Judicial Conference of the United States and set by the Director of the Administrative Office of the Court.

DATED this 13th day of April, 2021.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

AMENDED ORDER AUTHORIZING
DEPOSIT OF FUNDS
(*Baoke Zhang*; CR 20-169 RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**