HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BAOKE ZHANG, <br><br> Defendant. | No. CR20-169-RAJ <br><br> ORDER AUTHORIZING CLERK OF COURT TO DISBURSE FUNDS |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Authorize the Clerk of Court to Disburse Funds.

After reviewing the stipulated motion, and good cause appearing, the Court enters the following ORDER:

Pursuant to Local Civil Rule 67(b) (made applicable to criminal proceedings by Local Criminal Rule 1(a)), the Clerk of Court is hereby authorized and directed to disburse funds deposited in the Registry of the Court in the principal amount of $6,500, plus all accrued interest, minus any statutory user's fees, to be applied to the Criminal Monetary Penalties imposed by the Criminal Judgment in this case.

DATED this 7th day of May, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER AUTHORIZING CLERK OF COURT
TO DISBURSE FUNDS
(*USA v. Zhang* / CR20-169-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**