THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:20-cr-00169-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| BAOKE ZHANG, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on the Defendant's Renewed Motion for Early Termination of Supervised Release, the Court having reviewed the motion, the government's response in non-opposition, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Zhang's supervised release is warranted by the conduct of Mr. Zhang and in the interests of justice and therefore the Motion (Dkt. 68) is GRANTED.  The term of supervised release for Mr. Zhang shall be terminated, effective immediately.

DATED this 28th day of December, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING RENEWED MOTION
FOR EARLY TERMINATION OF SUPERVISED
RELEASE (*U.S. v. Zhang*, CR20-169-RAJ)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100